UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
ANDREW ENGEL,

        Plaintiff,

  -against-

THE AQUANTIA CORPORATION, LIP-BU TAN, FARAJ AALAEI, DMITRY AKHANOV, DR. BAMI BASTANI, KEN PELOWSKI, GEOFFREY RIBAR, SAM SRINIVASAN, and ANDERS SWAHN,

        Defendants.
-------------------------------------- X

CASE NO.: 1:19-cv-05285

## NOTICE OF DISMISSAL

Notice is hereby given that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff voluntarily dismisses the above-titled action as moot. This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

Dated: August 2, 2019

Respectfully Submitted,

**MONTEVERDE & ASSOCIATES PC**

*/s/ Juan E. Monteverde*_____
Juan E. Monteverde
The Empire State Building
350 Fifth Avenue, Suite 4405
New York, New York 10118
Tel: 212-971-1341
Fax: 212-202-7880

*Attorney for Plaintiff*